# EXHIBIT B

NON-PARTY WITNESSES DISCLOSED PURSUANT TO RULE 26(a)

| Witness | Location | Distance to Chicago | Distance to New York | Subject of Testimony |
|---|---|---|---|---|
| Richard Malm | Des Moines, IA | 307 Miles | 1021 Miles | Negotiation of Settlement Agreement |
| Paul (Pete) G. Anderson | Kansas City, MO | 407 Miles | 1094 Miles | Negotiation of Settlement Agreement |
| William Dunaway | Kansas City, MO | 407 Miles | 1094 Miles | Negotiation of Settlement Agreement |
| Mark Skolnick | New York, NY | 714 Miles | 0 Miles | Negotiation of Settlement Agreement; Preparation and execution of tax returns and amended tax returns |
| Richard J. Goldman | Lake Worth, FL | 1139 Miles | 1038 Miles | Preparation and execution of tax returns and amended tax returns |
| John Fortuna | New York, NY | 714 Miles | 0 Miles | Preparation and execution of tax returns and amended tax returns |
| Daniel Friederich | Kansas City, MO | 407 Miles | 1094 Miles | Preparation and execution of tax returns and amended tax returns |
| Daniel Powers | Kansas City, MO | 407 Miles | 1094 Miles | Preparation and execution of tax returns and amended tax returns |
| TOTAL DISTANCE | | 4502 Miles | 6435 Miles | |

CHIC_47730074.3            Source:   www.geobytes.com/CityDistanceTool.htm